**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Javonn Eric CLANCY, Petitioner**

No. 119 WAL 2017

Supreme Court of Pennsylvania.

September 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of September, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issues, rephrased for clarity, are:

(1) Where, in closing argument, the district attorney characterized the Petitioner as a "cold blooded killer" and a "dangerous man," did the district attorney violate the ruling of this Court announced in *Commonwealth v. Capalla*, 185 A. 203, 205 (Pa. 1936)?

(2) Were the district attorney's characterizations of the Petitioner during closing argument permissible oratorical emphasis consistent with Pennsylvania Rules of Professional Conduct 3.4(c) and ABA Standards for Criminal Justice 3–5.8?

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Rasheed WITTS, Petitioner**

No. 253 EAL 2017

Supreme Court of Pennsylvania.

September 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Brian LUKE, Petitioner**

No. 218 MAL 2017

Supreme Court of Pennsylvania.

September 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.